No. 81–476.  COHEN, CONSUMER ADVOCATE OF PENN-
SYLVANIA, ET AL. *v.* DISCIPLINARY BOARD OF THE SUPREME
COURT OF PENNSYLVANIA ET AL.   Appeal from Sup. Ct. Pa.
dismissed for want of jurisdiction.   Treating the papers
whereon the appeal was taken as a petition for writ of certio-
rari, certiorari denied.   JUSTICE WHITE and JUSTICE STE-
VENS would postpone further consideration of question of ju-
risdiction to a hearing of the case on the merits.

No. 81–639.  REGIRA ET AL. *v.* FALSETTA ET AL.   Appeal
from Sup. Ct. La. dismissed for want of substantial federal
question.

No. 81–840.  PETERS *v.* SJOHOLM ET AL.   Appeal from
Sup. Ct. Wash. dismissed for want of jurisdiction.   Treating
the papers whereon the appeal was taken as a petition for
writ of certiorari, certiorari denied.

No. 81–1002.  CLEVELAND ELECTRIC ILLUMINATING CO.
*v.* OFFICE OF CONSUMERS' COUNSEL ET AL.   Sup. Ct. Ohio.
Motion of Edison Electric Institute for leave to file a brief as
*amicus curiae* granted.   Appeal dismissed for want of a
properly presented federal question.

No. 80–6725.  LEGARE *v.* ZANT, SUPERINTENDENT,
GEORGIA DIAGNOSTIC & CLASSIFICATION CENTER.   Sup. Ct.
Ga.   Motion of petitioner for leave to proceed *in forma pau-
peris* and certiorari granted.   Judgment vacated and case re-
manded for further consideration in light of *Eddings* v. *Okla-
homa, ante,* p. 104.